**No. 50753.**—Protest 676804–G of Jacobsen and Kupitsky (New York).

Opinion by MOLLISON, J. It was stipulated that certain items of the merchandise consist of dogskins similar in all material respects to those the subject of *United States* v. *Arnhold & Co., Inc.* (27 C. C. P. A. 135, C. A. D. 74), and that other items consist of goatskins the same as those involved in *United States* v. *Winograd Bros., Inc.* (32 C. C. P. A. 153, C. A. D. 302). In accordance therewith the claim for free entry under paragraph 1681 was sustained.

BEFORE THE SECOND DIVISION, DECEMBER 7, 1945

**No. 50754.**—Protest 66934–K of Irving Ross (Los Angeles).

Opinion by TILSON, J. The record established that certain items of the merchandise consist of bicycle horns similar in all material respects to those the subject of Abstract 49673. Upon the established facts and following the authority cited the claim at 30 percent under paragraph 371 was sustained.

**No. 50755.**—Protest 118959–K of Brauner & Co. (New York).

Opinion by TILSON, J. An examination of the official papers disclosing no reason for disturbing the action of the collector, the protest was overruled.

**No. 50756.**—Protests 54149–K, etc., of E. Peterffy & Co. et al. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 50757.**—Protests 964462–G, etc., of Allied Purchasing Corp. et al (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 50758.**—Protests 976041–G, etc., of Gimbel Bros., Inc. (New York).

Opinion by KINCHELOE, J. It was stipulated that the merchandise is the same in all material respects as that passed upon in *Stephen Rug Mills* v. *United States* (32 C. C. P. A. 110, C. A. D. 293), and by the court's decision on remand in Abstract 50056. In accordance therewith the protests were sustained as claimed.

DECEMBER 5, 1945

**No. 50759.**— Protest 947300–G of E. P. Paul & Co., Inc., Motion of Government for rehearing granted.